THOMAS CORRIGAN, Respondent, *v.* LONG ISLAND RAILROAD COM-
PANY, Appellant.

Argued May 23, 1944; decided June 14, 1944.

*Ralph E. Hemstreet* and *Louis J. Carruthers* for appellant.
*Milton Turk* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, CONWAY, DESMOND and THACHER, JJ. LEHMAN, Ch. J., and LEWIS, J., dissent and vote for a new trial.